UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY S. PERRI, <br><br> Plaintiff, <br><br> v. <br><br> BARACK HUSSEIN OBAMA, et al., <br><br> Defendants. | CASE NO. 3:22-cv-05655-BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge, recommending the Court deny Plaintiff Anthony Perri's Motion to Proceed *in forma pauperis* because his proposed complaint fails to state a claim upon which relief can be granted. Dkt. 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby order as follows:

(1) The R&R is **ADOPTED**;

(2) Perri's Motion to Proceed *In Forma Pauperis*, Dkt. 1, is **DENIED**;

(3) This case is **DISMISSED without prejudice**; and

(4) The Clerk shall enter JUDGMENT and close this case.

ORDER - 1

1 | Dated this 31st day of October, 2022.

*[Signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2