# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY S. PERRI,

Plaintiff,

v.

BARACK HUSSEIN OBAMA, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 3:22-cv-05655-BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved. Plaintiff's Application to Proceed IFP (Dkt. 5) is denied and this case be dismissed.

Dated this 31st day of October, 2022.

RAVI SUBRAMANIAN
Clerk

*s/ Ann Duke*
Deputy Clerk